# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138898

BUBBIE DELAR TILLMAN, a/k/a
BOBBIE TILLMAN,
      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellee.

_____

SC:   138898
CoA:  290244
Chippewa CC: 08-010157-AH

      On order of the Chief Justice, plaintiff-appellant having failed to support his request for waiver of fees as required by MCL 600.2963(1) the application for leave to appeal is DISMISSED.



     I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2009

_____
Clerk